[Nos. 33707-3-III; 33708-1-III;   Division Three.   November 29, 2016.]
33709-0-III; 33730-8-III.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD BOYD, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 98-1-00427-5, Gregory D. Sypolt, J., entered May 29, 2015. *Dismissed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 33830-4-III.   Division Three.   November 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TONYA LEIGH KIEHN, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 08-1-00028-1, Steven B. Dixon, J., entered September 28, 2015. *Dismissed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 33911-4-III.   Division Three.   December 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOHN BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03400-4, Ellen K. Clark, J., entered October 14, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 73269-2-I.   Division One.   December 5, 2016.]

THE CITY OF KENT, *Respondent*, v. DONALD I. BERG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-42182-8, Tanya Thorp, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Appelwick and Dwyer, JJ.